UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROOME DEVELOPERS, LLC AND THE
RINALDI GROUP OF NEW YORK, LLC,

            Plaintiffs,

v.

COLONY INSURANCE COMPANY,

            Defendant.

No. 25-cv-8444 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The conference in the above captioned matter scheduled for Friday, November 21, 2025 is adjourned to November 24, 2025 at 3:30 p.m.

SO ORDERED.

Dated:    November 13, 2025
             New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge